

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Two thousand nine hundred eleven
dollars and twenty-five cents U.S.
Currency and Jerry Dewitt Smith,

Vs. No. 11-15-00015-CV

The State of Texas,

* From the 142nd District Court
  of Midland County,
  Trial Court No. CV45980.

* January 20, 2017

* Memorandum Opinion by Wright, C.J.
  (Panel consists of: Wright, C.J.,
  Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.